Case 1:03-cr-00351-CCB   Document 335   Filed 07/19/22   Page 1 of 1

_____ FILED       _____ ENTERED
_____ LOGGED    _____ RECEIVED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

AUG 0 3 2022

UNITED STATES OF AMERICA          *

                                                *

v.                                               *          Crim. No. CCB-03-351

                                                *

RALPH WILLIAMS                        *

                                                *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

On October 13, 2021, this court ordered Ralph Williams to show cause (ECF 334) as to why his motion for reduction of sentence under Section 404 of the First Step Act should not be denied as moot. Having failed to respond to this order, his pending motion (ECF 323) is Denied as moot.

So Ordered this 19th day of July, 2022.

_____

Catherine C. Blake
United States District Judge