**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA**          \*

**v.**                                         \*          **Criminal No. CCB-03-0351**

**RALPH WILLIAMS**                      \*

## ORDER TERMINATING SUPERVISED RELEASE

For the reasons stated in Defendant Ralph Williams' Motion for Early Termination of Supervised Release, it is this 22nd day of February 2023 hereby ORDERED, that the supervised release of Mr. Williams is terminated as satisfactory pursuant to 18 U.S.C. § 3583(e)(1), as the Court is satisfied that such action is warranted by the conduct of the Defendant released and the interest of justice.

/s/

_____
HONORABLE CATHERINE C. BLAKE
United States District Court Judge